**Order entered October 29, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00264-CV

### MARK ROSE, Appellant

### V.

### ECONOMY & DEVELOPMENT GENERAL TRADING COMPANY US, LLC, Appellee

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-20196**

### ORDER

In response to this Court's order dated September 21, 2020, the court reporter filed a letter stating that no record was taken of the hearing held on February 13, 2020. Accordingly, the appellate record is now complete.

Appellant shall file his brief on the merits on or before **November 30, 2020**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE